IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00134-AA |
| v. | **ORDER AND OPINION** |
| RUSSELL RAY MOORE, | |
| Defendant, | |

AIKEN, District Judge:

The Court previously heard oral argument on the parties' Joint Motion to Reduce Sentence. Doc. 39. The parties requested that the Court reduce defendant Russel Moore's pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The Court granted the motion on the record reducing defendant's sentence to one of time served, with a formal opinion to follow. Doc. 43. Defendant has been released from Bureau of Prisons Custody and has been compliant with the terms of his supervision since that time. This order is entered to complete the record.

Page 1 – ORDER AND OPINION

Based on the filings and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons, based on defendant's health conditions in the face of the current pandemic caused by the 2019 novel coronavirus, warrant a reduction of defendant's sentence to time served. *See* U.S.S.G. § 1B1.13 comment. n.1(A). Further, this sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements. Specifically, the Court finds that defendant will not pose a threat to the community under 18 U.S.C. § 3142(g)

IT IS SO ORDERED.

Dated this  28th  day of October 2020.


                              /s/Ann Aiken
                               Ann Aiken
                     United States District Judge